JOHN F. HYLAN, Appellant, v. PRESS PUBLISHING COMPANY, Respondent. (Actions Nos. 1 and 2.) — Appeal withdrawn on consent, without costs. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

SAMUEL KARP, Respondent, v. ATLAS PRESS, INC., and MORRIS B. KLEINFIELD, Appellants.— Order affirmed, with ten dollars costs and disbursements payable by defendants. No opinion. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

JOSEPH MONASH, Appellant, v. REALTY ASSOCIATES, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Mills, Putnam and Blackmar, JJ.

WILLIAM TOMPKINS, as Administrator, etc., of MARTHA TOMPKINS, Deceased, Appellant, v. THE PATCHOGUE MANUFACTURING COMPANY, Respondent.— Order modified by striking out the provision requiring plaintiff to elect between the causes of action alleged in paragraphs 3d and 4th of the complaint, or to separately state and number said causes of action. The complaint states but one cause of action. (*Payne* v. *N. Y., S. & W. R. R. Co.*, 201 N. Y. 436.) As so modified, order affirmed, without costs. Jenks, P. J., Thomas, Mills, Kelly and Jaycox, JJ., concurred.

BENJAMIN E. BANKS and Another, Respondents, v. SAMUEL OLIM, Appellant, and Others, Defendants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

ALGERNON R. BURCHSTED, Respondent, v. PATERSON BREWING AND MALTING COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Blackmar, Kelly and Jaycox, JJ.

DANIEL M. GERARD, Respondent, v. CROSS & BROWN COMPANY, Appellant. — Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

H. D. BEST COMPANY, Respondent, v. LINDE AIR PRODUCTS COMPANY, Appellant.— Motion denied, without costs. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.

WALLACE HUNT and FLORENCE HUNT, Respondents, v. HENRY G. K. HEATH, Appellant, and Others, Defendants.— Motion granted, and case set down for Tuesday, October 8, 1918. Present — Jenks, P. J., Mills, Blackmar, Kelly and Jaycox, JJ.